**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

```
In re:                         ) CASE NO: 07-42685-659  Chapter 13
       BILLY HODGES             )
                                ) Trustee's Objection to Confirmation
       DEBORAH HODGES           )
                                ) Original confirmation hearing
                    Debtor(s)   ) set for Jul 03, 2007 10:00 AM
```

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

 1. The plan is not proposed in good faith (11 U.S.C. Sec. 1325(a)(3)) because: DEBTORS ARE NOT ELIGIBLE FOR DISCHARGE DUE TO 03-53381.

   **WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.


```
                                        /s/ John V. LaBarge, Jr.
KLW-221                                 --------------------------------
                                        John V LaBarge Jr
Copy served on the following either     Chapter 13 Trustee
through the Court's ECF system or by    P.O. Box 430908
ordinary mail on June 7, 2007      :    St. Louis, MO 63143    (314) 781-8100
                                        trust33@ch13stl.com   Fax:(314) 781-8881
THE BANKRUPTCY CO
1600 S BRENTWOOD
STE 725
BRENTWOOD MO  63144

BILLY & DEBORAH HODGES
8837 BLEWETT
SAINT LOUIS MO  63136
```