UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 07-42685-659 |
| BILLY & DEBORAH HODGES | ) |
| | ) CHAPTER 13 |
| Debtor | ) |

ORDER

For the reasons stated on the record, this Court finds that Debtor received a discharge in case 03-53381. Pursuant to 11 U.S.C. section 1328((f), Debtor shall not receive a discharge in the present case.

_____
KATHY A. SURRATT-STATES
U. S. Bankruptcy Judge

DATED: July 12, 2007
St. Louis, Missouri

order prepared by:
John V. LaBarge, Jr.

cc:

John V. LaBarge, Jr.
Standing Chapter 13 Trustee

The Bankruptcy Co

Billy & Deborah Hodges