UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO: 07-42685-659   Chapter 13 |
| | ) | |
| BILLY HODGES | ) | Re: Objection to Claim 11-1 filed by |
| | ) | METRO ST LOUIS SEWER DISTRICT |
| DEBORAH HODGES | ) | Acct: 1444611 |
| Debtor(s) | ) | Amount: $    2,528.23 |
| | ) | Response Due: Sep 11, 2007 |

**TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 11-1**

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in bankruptcy, and for his objection to claim states as follows:
The claim of METRO ST LOUIS SEWER DISTRICT dated Aug 15, 2007 SHOULD BE DENIED AS FILED BECAUSE THE COURT'S CLAIMS REGISTER INDICATES THAT CLAIM#11 IS FILED AS AMERICREDIT BUT THE PDF IS FOR MSD. CLAIM#11 IS ALSO A DUPLICATE OF CLAIM#12 FILED AUGUST 20, 2007.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 20 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.
The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the Court's ECF system or by ordinary mail, postage pre-paid, on this day of August 22, 2007    .

                                          /s/ John V. LaBarge, Jr.
THE BANKRUPTCY CO                         John V LaBarge Jr
1600 S BRENTWOOD                          Chapter 13 Trustee   trust33@ch13stl.com
STE 725                               AC  P.O. Box 430908
BRENTWOOD MO                              St. Louis, MO 63143
               63144                      (314) 781-8100  Fax:(314) 781-8881

B & D HODGES
8837 BLEWETT
                                      AC
SAINT LOUIS MO
               63136

METRO ST LOUIS SEWER DISTRICT
2350 MARKET ST
                                      AC
ST LOUIS MO                  63103           AC -159