UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                    ) CASE NO: 07-42685-659     Chapter 13
                                          )
BILLY HODGES                              ) Re: Objection to Claim 11-1 filed by
                                          )     METRO ST LOUIS SEWER DISTRICT
DEBORAH HODGES                            )     Acct: 1444611
                       Debtor(s)          )
                                          )     0024 164846 OBJ: 08/22/2007

## CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that he made service in accordance with applicable bankruptcy rules, that 20 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to his objection or that any opposition has been resolved.

/s/ John V. LaBarge, Jr.
John V LaBarge Jr Ch 13 Trustee

### ORDER

Upon Trustee's objection to claim number 11-1 filed by METRO ST LOUIS SEWER DISTRICT , for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is DENIED AS A DUPLICATE CLAIM. TRUSTEE IS TO MAKE NO PAYMENT.

SEP 2 8 2007

Date:
St. Louis, Missouri                  Kathy A. Surratt-States
Copy mailed to:                      U.S. Bankruptcy Judge

THE BANKRUPTCY CO                         John V LaBarge Jr
1600 S BRENTWOOD                          Chapter 13 Trustee  trust33@ch13stl.com
STE 725                              AC   P.O. Box 430908
BRENTWOOD MO                              St. Louis, MO 63143
                    63144                 (314) 781-8100  Fax:(314) 781-8881

B & D HODGES
8837 BLEWETT
                                     AC
SAINT LOUIS MO
                    63136


METRO ST LOUIS SEWER DISTRICT
2350 MARKET ST
                                     AC
ST LOUIS MO         63103                 AC -159